1

2

3

4

5

6

7

8

9

10                           UNITED STATES DISTRICT COURT

11                          EASTERN DISTRICT OF CALIFORNIA

12

ROXANNE ARI,                              )        1:07-cv-00657-LJO-NEW (DLB) HC
13                                        )
                    Petitioner,           )
14                                        )        ORDER GRANTING
        v.                                )        IN FORMA PAUPERIS STATUS
15                                        )
BOARD OF PRISON HEARINGS,                 )
16                                        )
                    Respondent.           )
17   _____)

18
        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
19
pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to
20
proceed *in forma pauperis*.  The petition will be screened in due course.
21
        IT IS SO ORDERED.
22
        Dated:   **May 17, 2007**              **/s/ Dennis L. Beck**
23                                           UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28