# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE ARI,<br><br>        Petitioner,<br><br>    v.<br><br>BOARD OF PRISON HEARINGS,<br><br>        Respondent. | 1:07-cv-00657-LJO-NEW (DLB) HC<br><br>ORDER GRANTING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **May 17, 2007**               **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE