1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| ROXANNE ARI, | ) 1:07-CV-00657 LJO NEW (DLB) HC |
| | ) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION |
| | ) [Doc. #13] |
| v. | ) |
| | ) ORDER DISMISSING PETITION FOR WRIT |
| | ) OF HABEAS CORPUS |
| DEBORAH L. PATRICK, Warden, | ) |
| | ) ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) TO ENTER JUDGMENT |
| | ) |

13
14
15
16
17
18
19
20

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

21
22

On August 23, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to exhaust state remedies. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

23
24
25
26

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

27
28

1  and Recommendation is supported by the record and proper analysis.

2       Accordingly, IT IS HEREBY ORDERED that:

3       1. The Findings and Recommendation issued August 23, 2007, is ADOPTED IN FULL;

4       2. The petition for writ of habeas corpus is DISMISSED without prejudice; and

5       3. The Clerk of the Court is DIRECTED to enter judgment.

6  IT IS SO ORDERED.

7  **Dated:**   **October 2, 2007**            **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28